**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>J & M Sales, Inc., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 18-11801 (JTD)<br><br>(Jointly Administered) |
| George L. Miller, not individually, but as Chapter 7 Trustee of J & M Sales, Inc., *et al*.,<br><br>Plaintiff,<br><br>vs.<br><br>Kane Russell Coleman Logan PC,<br><br>Defendant. | Adv. No. 20-50237 |

**STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above-captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

[1] Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: J & M Sales Inc. (4697); National Stores, Inc. (4874); J&M Sales of Texas, LLC (5979); FP Stores, Inc. (6795); Southern Island Stores, LLC (8099); Southern Island Retail Stores LLC (4237); Caribbean Island Stores, LLC (9301); Pazzo FNB Corp. (9870); Fallas Stores Holdings, Inc. (6052); and Pazzo Management LLC (1924).

Dated: November 19, 2020

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esq., DE SBN 5111
Kevin M. Capuzzi, Esq., DE SBN 5462
John C. Gentile, Esq., DE SBN 6159
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7066
Fax: (302) 442-7012
Email: jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*-and-*

ASK LLP
Joseph L. Steinfeld, Jr., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN 55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
151 West 46th Street, 4th Floor
New York, NY 10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, George L. Miller, Chapter 7 Trustee of J&M Sales, Inc., et al.*

Dated: November 19, 2020

KANE RUSSELL COLEMAN LOGAN PC

*/s/ John J. Kane*
John J. Kane, Esq.
901 Main Street. Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4200 x4261
Email: jkane@krcl.com

*Counsel for Defendant, Kane Russell Coleman Logan PC*